# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3361

_____

Cephas Barton Brewer,             *
                                   *

          Appellant,       *

                                   *   Appeal from the United States

     v.                    *   District Court for the

                                 *   Western District of Arkansas.

Cary Anderson, Benton County Judge;  *

Benton County Quorum Court,      *       [UNPUBLISHED]

                                 *

          Appellees.       *

_____

Submitted:   May 7, 2004

Filed:   May 21, 2004

_____

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Cephas Brewer appeals the district court's[1] adverse decision in his 42 U.S.C. § 1983 action. Upon de novo review, see Anderson v. Larson, 327 F.3d 762, 767 (8th Cir. 2003), we find Brewer's arguments lack merit, and we affirm on the basis that

_____

[1]The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas.

the action is barred under <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994).  <u>See</u> 8th Cir. R. 47B.  However, we modify the judgment to be a dismissal without prejudice.  <u>See</u> <u>Sheldon v. Hundley</u>, 83 F.3d 231, 234 (8th Cir. 1996).

_____